# EXHIBIT 1



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

**SENT VIA: https://efoia.fbi.gov**

November 2, 2022

Michael G. Seidel, Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
200 Constitution Drive
Winchester, VA 22602

Dear FOIA Officer,

    Nellie Ohr testified to Congress that she obtained her HAM radio license "well before" she was employed by Fusion GPS and that she was employed by Fusion GPS from October 2015 to September 2016.[1] In May 2016, one month after the Hillary Clinton Presidential Campaign hired Fusion GPS to conduct opposition research, Nellie Ohr obtained her HAM radio license.[2]

    Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing FOIA regulations of the Department of Justice ("DOJ"), 28 CFR Part 16, I respectfully request all FBI records, communications and attachments from May 1, 2016 to the present that contain any of the following terms:

- "ham radio" AND "ohr"
- "ham radio" AND "nellie"
- "ham radio" AND "fusion gps"

    The terms "pertaining to," "referring," "relating," or "concerning" with respect to any given subject means anything that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

    The term "record" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports,

---

[1] CoreysDigs.com. (Accessed 2022, November 2). Nellie Ohr Interview. https://www.coreysdigs.com/wp-content/uploads/2019/04/10.19.18-Nellie-Ohr-Interview.pdf
[2] Federal Communications Commission. (Accessed 2022, November 2).  Amateur License - KM4UDZ - Ohr, Nellie H.  https://wireless2.fcc.gov/UlsApp/LicArchive/license.jsp?archive=Y&licKey=12382876



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, inter-office and intra-office communications, electronic mail (emails), MMS or SMS text messages, instant messages, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), contracts, cables, telexes, notations of any type of conversation, telephone call, voicemail, meeting or other communication, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), and electronic, mechanical, and electronic records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape or otherwise.

   The terms "and" and "or" should be construed broadly and either conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope.  The terms "all," "any," and "each" should each be construed as 'encompassing any and all.  The singular includes the plural number, and vice versa.  The present tense includes the past and vice versa.  The masculine includes the feminine and neuter genders.

   The term "communication" means each manner or means of disclosure or exchange of information (in the form of facts, ideas, inquiries, or otherwise), regardless of means utilized, whether oral, electronic, by document or otherwise, and whether in an in-person meeting, by telephone, facsimile, e-mail (desktop or mobile device), text message, MMS or SMS message, messaging systems (such as iMessage, Microsoft Teams, WhatsApp, Telegram, Signal, Google Chat, Twitter direct messages, Lync, Slack, and Facebook Messenger), regular mail, telexes, releases, or otherwise.

   "Communications with," "communications from," and "communications between" means any communication involving the related parties, regardless of whether other persons were involved in the communication, and includes, but is not limited to, communications where one party is cc'd or bcc'd, both parties are cc'd or bcc'd, or some combination thereof.

   Please consider all members of a document "family" to be responsive to the request if any single "member" of that "family" is responsive, regardless of whether the "family member" in question is "parent" or "child."



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

In the interest of expediency and to minimize the research and/or duplication burden on your staff, please send records electronically if possible.  If this is not possible, please notify me before sending to the mailing address listed below.  If access to this request will take longer than twenty business days, please let me know when I might receive records or be able to inspect the requested records.   Please produce responsive documents as soon as they become available.  In all cases, please communicate with me at the below email address.

Please comply fully with 5 U.S.C. § 552(b).  Accordingly, without limitation to the foregoing, if any portion of this request is denied for any reason, please provide written notice of the records or portions of records that are being withheld and cite each specific exemption of the Freedom of Information Act on which the agency relies.  Moreover, to the extent that responsive records may be withheld in part produce all reasonably segregable portions of those records.  Additionally, please provide all responsive documents even if they are redacted in full.

**Fee Waiver Request**

This request is primarily and fundamentally for non-commercial purposes.  As a 501(c)(3) nonprofit, Heritage Foundation does not have a commercial purpose and the release of the information requested is not in Heritage Foundation's commercial interest.   Heritage Foundation's mission is to is to formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense.  Heritage Foundation uses the information requested and analyzes it in order to educate the public through social media,[3] broadcast media[4] (traditional and nontraditional) and press releases.[5]  The requested information is in the public interest as this is an issue of national controversy which has been covered extensively by national broadcast media and national print media.[6] The purpose of this Freedom of Information Act request is to examine this controversial belief.

Because this is a request by a member of the news media for information of public interest, made in my capacity as an author for the Daily Signal[7] (a major news outlet[8]), I actively gather

---

[3] Heritage Foundation.  [@ Heritage] (Accessed: 2022, February 18).  626.8K Followers Twitter.  https://twitter.com/Heritage
[4] Fox News.  (Accessed: 2022, February 18).  Heritage Foundation launches Conservative Oversight Project aimed at 'exposing' Biden admin, leftist policies.  https://www.foxnews.com/politics/heritage-conservative-oversight-project-biden-admin-leftist-policies
[5] Heritage Foundation.  (Accessed: 2022, February 18).  Press.  https://www.heritage.org/press .
[6] Fox News.  (Accessed 2022, November 2).  FBI weaponized by Biden Justice Department in campaign against Trump.  https://www.foxnews.com/opinion/fbi-weaponized-biden-justice-department-campaign-trump
[7] Daily Signal. (Accessed: 2022, February 18).  Mike Howell. https://www.dailysignal.com/author/mike-howell/
[8] Daily Signal. [@DailySignal] (Accessed: 2022, February 18).  73.7K Followers Twitter.  https://twitter.com/DailySignal



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

information of potential interest to our Daily Signal audience, and I use my editorial skills to turn raw materials into a distinct work, and I distribute that work to our Daily Signal audience through podcasts[9] or articles.  I request that you waive all applicable fees associated with this request.

If you deny this request for a fee waiver, please advise me in advance of the estimated charges if they are to exceed $50.  Please send me a detailed and itemized explanation of those charges.

Thank you in advance for considering my request.   If you have any questions, or feel you need clarification of this request please contact me at oversightproject@heritage.org.

Sincerely,

Mike Howell
Senior Advisor and Author at The Daily Signal
The Heritage Foundation
214 Massachusetts Ave, NE
Washington, D.C. 2000

---

[9] Apple.  (Accessed: 2022, March 4).  The Daily Signal Podcast.
https://podcasts.apple.com/us/podcast/the-daily-signal-podcast/id1313611947

4