# EXHIBIT 4



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Mike Howell

oversightproject@heritage.org

Re:   Appeal No. A-2023-00360
Request No. 1573290-000
CDT:AMF

**VIA: Email - 12/15/2022**

Dear Mike Howell:

    You appealed from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) request for access to records concerning communications from May 1, 2016 to present with the terms "HAM Radio," "Nellie," "Ohr," and "Fusion GPS." I note that your appeal concerns the FBI's determination that your request would require an unduly burdensome search.

    After carefully considering your appeal, and as a result of discussions between the FBI personnel and this Office, I am remanding your request to FBI for a search for responsive records. If the FBI locates releasable records, it will send them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by the FBI. If you would like to inquire about the status of this remanded request or to receive an estimated date of completion, please contact the FBI directly at 540-868-1535.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

    If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

X _____
Christina D. Troiani,

Associate Chief, for Matthew W. Hurd, Chief,
Administrative Appeals Staff