# EXHIBIT 5



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

December 20, 2022

MR. MIKE HOWELL
HERITAGE FOUNDATION/DAILY SIGNAL
214 MASSACHUSETTS AVENUE, NORTHEAST
WASHINGTON, DC 20002

OIP Appeal Number: A-2023-00360
FOIPA Appeal No.: 1573290-000
Subject: All FBI Records, Communications and Attachments that Contain the Terms "HAM Radio," "Ohr," "Nellie," or "Fusion GPS"
(On or After May 1, 2016)

Dear Mr. Howell:

This acknowledges your Freedom of Information/Privacy Acts (FOIPA) remanded appeal has been received by the FBI from the Office of Information and Policy for processing. Below you will find check boxes and informational paragraphs about your request. Please read each one carefully.

- ☑ We have opened your remanded appeal and will inform you of the results in future correspondence.

- ☐ We have converted your NFP into a FOIPA appeal; therefore, the NFP number originally assigned to your request will now appear as the FOIPA appeal number listed above.

- ☑ Your request for a fee waiver is being considered and you will be advised of the decision if fees are applicable.

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status**. **Enter the OIP Appeal Number (ex. 201500123) listed above, without hyphens.** Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

The FOIPA Appeal Number listed above has been assigned to your request. Please reference the FOIPA Appeal Number and OIP Appeal Number in all future correspondence concerning your request.

Sincerely,

*M. A. A. L. C.*

Michael G. Seidel
Section Chief
Record/Information
   Dissemination Section
Information Management Division