UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al., *Plaintiffs*, v. U.S. DEPARTMENT JUSTICE, *Defendant*. | Civil Action No. 23-0487 (TNM) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (June 30, 2023), Plaintiffs Heritage Foundation and Mike Howell and Defendant U.S. Department of Justice, by and through the undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Department has completed its search, and anticipates making its first production by December 15, 2023. This delay in production is due to the significant volume of FOIA cases the Federal Bureau of Investigation is handling, with over 400 cases in litigation.

Dated: August 30, 2023

/s/
SAMUEL EVERETT DEWEY
D.C. Bar #999979
Chambers of Samuel Everett Dewey, LLC
(703) 261-4194
samueledewey@sedchambers.com

ROMAN JANKOWSKI
D.C. Bar #975348
The Heritage Foundation
(202) 489-2969
Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States of America*