UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al.,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>DEPARTMENT JUSTICE,<br><br>　　　　　　*Defendant*. | Civil Action No. 23-0487 (TNM) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (June 30, 2023), Plaintiffs Heritage Foundation and Mike Howell and Defendant U.S. Department of Justice, by and through the undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Department anticipates making its first production by December 15, 2023, which will consist of about 500 pages; will continue to make rolling monthly releases until production is complete; and presently is unable to estimate the number of responsive records.

Dated: October 30, 2023

/s/
SAMUEL EVERETT DEWEY
D.C. Bar #999979
Chambers of Samuel Everett Dewey, LLC
(703) 261-4194
samueledewey@sedchambers.com

ROMAN JANKOWSKI
D.C. Bar #975348
The Heritage Foundation
(202) 489-2969
Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
　BRADLEY G. SILVERMAN
　Assistant United States Attorney
　D.C. Bar #1531664
　601 D Street NW
　Washington, DC 20530
　(202) 252-2575

*Attorneys for the United States of America*