UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT JUSTICE,<br><br>*Defendant*. | Civil Action No. 23-0487 (TNM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (June 30, 2023), Plaintiffs Heritage Foundation and Mike Howell and Defendant Department of Justice, by and through the undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act, 5 U.S.C. § 552. The Federal Bureau of Investigation ("FBI"), the departmental component with records that potentially are responsive to Plaintiffs' request, is processing records at a rate of 500 pages per month. On December 15, 2023, FBI released sixteen pages, out of ninety-two pages reviewed. FBI anticipates making rolling releases every thirty days until processing is complete.

\*   \*   \*

| | |
|---|---|
| Dated: December 28, 2023 | Respectfully submitted, |
| | |
| /s/ | MATTHEW M. GRAVES |
| ERIC NEAL CORNETT | United States Attorney |
| D.C. Bar #1660201 | D.C. Bar #481052 |
| Law Office of Eric Neal Cornett | |
| Telephone: (606) 275-0978 | BRIAN P. HUDAK |
| Email: neal@cornettlegal.com | Chief, Civil Division |
| | |
| SAMUEL EVERETT DEWEY | By: /s/ |
| D.C. Bar #999979 | BRADLEY G. SILVERMAN |
| Chambers of Samuel Everett Dewey, LLC | Assistant United States Attorney |
| Telephone: (703) 261-4194 | D.C. Bar #1531664 |
| Email: samueledewey@sedchambers.com | 601 D Street NW |
| | Washington, DC 20530 |
| DANIEL D. MAULER | (202) 252-2575 |
| D.C. Bar #977757 | |
| The Heritage Foundation | *Attorneys for the United States of America* |
| Telephone: (202) 617-6875 | |
| Email: Dan.Mauler@heritage.org | |
| | |
| ROMAN JANKOWSKI | |
| D.C. Bar #975348 | |
| The Heritage Foundation | |
| (202) 489-2969 | |
| Roman.Jankowski@heritage.org | |

*Counsel for Plaintiffs*