UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT JUSTICE,<br><br>*Defendant*. | Civil Action No. 23-0487 (TNM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (June 30, 2023), Plaintiffs Heritage Foundation and Mike Howell and Defendant Department of Justice, by and through the undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act, 5 U.S.C. § 552. The Federal Bureau of Investigation ("FBI"), the departmental component with records that potentially are responsive to Plaintiffs' request, is processing records at a rate of 500 pages per month. On December 15, 2023, FBI released sixteen pages, out of ninety-two pages reviewed. FBI anticipates making an additional rolling release by the end of this month.

\*   \*   \*

Dated: February 26, 2024

/s/
ERIC NEAL CORNETT
D.C. Bar #1660201
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

SAMUEL EVERETT DEWEY
D.C. Bar #999979
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

DANIEL D. MAULER
D.C. Bar #977757
The Heritage Foundation
Telephone: (202) 617-6875
Email: Dan.Mauler@heritage.org

ROMAN JANKOWSKI
D.C. Bar #975348
The Heritage Foundation
(202) 489-2969
Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States of America*