UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT JUSTICE, <br><br> Defendant. | Civil Action No. 23-0487 (TNM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (June 30, 2023), Plaintiffs Heritage Foundation and Mike Howell and Defendant Department of Justice, by and through the undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act, 5 U.S.C. § 552. Defendant made its final release on February 29, 2024. Plaintiff continues to review Defendant's productions, and the parties will confer in good faith over any remaining issues.

\* \* \*

| | |
|---|---|
| Dated: June 25, 2024 | Respectfully submitted, |
| /s/ | MATTHEW M. GRAVES |
| ERIC NEAL CORNETT | United States Attorney |
| D.C. Bar #1660201 | D.C. Bar #481052 |
| Law Office of Eric Neal Cornett | |
| Telephone: (606) 275-0978 | BRIAN P. HUDAK |
| Email: neal@cornettlegal.com | Chief, Civil Division |
| | |
| SAMUEL EVERETT DEWEY | By: /s/ |
| D.C. Bar #999979 | BRADLEY G. SILVERMAN |
| Chambers of Samuel Everett Dewey, LLC | Assistant United States Attorney |
| Telephone: (703) 261-4194 | D.C. Bar #1531664 |
| Email: samueledewey@sedchambers.com | 601 D Street NW |
| | Washington, DC 20530 |
| DANIEL D. MAULER | (202) 252-2575 |
| D.C. Bar #977757 | bradley.silverman@usdoj.gov |
| The Heritage Foundation | |
| Telephone: (202) 617-6875 | *Attorneys for the United States of America* |
| Email: Dan.Mauler@heritage.org | |
| | |
| ROMAN JANKOWSKI | |
| D.C. Bar #975348 | |
| The Heritage Foundation | |
| (202) 489-2969 | |
| Roman.Jankowski@heritage.org | |

*Counsel for Plaintiffs*