UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT JUSTICE, <br><br> Defendant. | Civil Action No. 23-0487 (SLS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

Dated: February 6, 2025

/s/
ERIC NEAL CORNETT
D.C. Bar #1660201
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

SAMUEL EVERETT DEWEY
D.C. Bar #999979
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

DANIEL D. MAULER
D.C. Bar #977757
The Heritage Foundation
Telephone: (202) 617-6875
Email: Dan.Mauler@heritage.org

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
   BRADLEY G. SILVERMAN
   Assistant United States Attorney
   D.C. Bar #1531664
   601 D Street NW
   Washington, DC 20530
   (202) 252-2575
   bradley.silverman@usdoj.gov

*Attorneys for the United States of America*